Rockwell, Kelly & Duarte LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA 95354
(209) 521-2552
Facsimile: (209) 526-7898

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARELL JOHNSON,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY
        Defendants.

CASE NO. 2:12-CV-01764-DAD

STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff shall have a 7 day extension, to April 26, 2013, to file Plaintiff's Motion for Summary Judgment.

The attorney for Plaintiff makes this request as the server for our computer system is infected with a virus and we are unable to turn on our computers to access any documents, email or any other information. Plaintiff requests this additional time to allow repair of our computer system and access to our documents.

Attorney for Plaintiff apologizes for the tardiness of this request, however, we were advised this morning that our computers would not be working until probably Monday, April 22 or Tuesday, April 23.

///

///

-1-

1 | This is plaintiff's second request for an extension of time.

2 |                                           Respectfully submitted,

4 | Dated: April 19, 2013           By /s/ Jeffrey R. Duarte
                                       Jeffrey R. Duarte
5 |                                        Attorney for Plaintiff

6 | Dated: April 19, 2013           By /s/ Carolyn B. Chen
                                       (As authorized by phone)
7 |                                        Carolyn B. Chen
                                       Special Asst U.S. Attorney

9 | IT IS SO ORDERED.

11 | Dated: 4/22/13

                                       /s/ Dale A. Drozd
                                       The Honorable Dale A. Drozd
                                       United States Magistrate Judge